## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIVER PARISH CONTRACTORS, INC.** | § § | **CIVIL ACTION** |
| **VERSUS** | § § | **NO. 2:22-cv-00723** |
| **BLACK DIAMOND CAPITAL MANAGEMENT, LLC** | § § § § § § § § | **SECTION: A** |
| | | **JUDGE: JAY C. ZAINEY** |
| | | **MAGISTRATE: EVA DOSSIER** |
| | | **JURY TRIAL DEMANDED** |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff River Parish Contractors, Inc. and Defendant Black Diamond Capital Management, LLC, hereby file this Joint Stipulation of Dismissal With Prejudice. All parties, through their undersigned counsel, hereby stipulate and agree to dismissal with prejudice of this action, including all claims stated therein, with each party to bear its own attorney's fees, costs, and expenses.

*[signature page follows]*

Respectfully submitted:

*/s/ Henry A. King*
Henry A. King (#7393)
Robert J. Burvant (#14119)
John A. Cangelosi (#26835)
W. Spencer King (#35863)
**KING AND JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
Telephone: (504) 582-3800
Telefax: (504) 582-1233
Email:  hking@kingjurgens.com
rburvant@kingjurgens.com
jcangelosi@kingjurgens.com
sking@kingjurgens.com

*Counsel for Plaintiff*

AND

*/s/ Don S. McKinney*
Don S. McKinney, T.A.
Martin A. Stern
Erica P. Sensenbrenner
**ADAMS AND REESE LLP**
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Martin.Stern@arlaw.com
Don.McKinney@arlaw.com
Erica.Sensenbrenner@arlaw.com

*/s/ Jeffrey H. Zaiger*
Jeffrey H. Zaiger, *Pro Hac Vice*
Judd Linden, *Pro Hac Vice*
**ZAIGER LLC**
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Tel: 203-347-7180
jzaiger@zaigerllc.com
jlinden@zaigerllc.com

*Counsel for Defendant*